William I. Pollack and Hymen M. Pollack, Plaintiffs-Appellants, v. Emma B. Theiss and Otto J. Theiss, Defendants-Appellees.

Gen. No. 10,608. 

Gordon Moffett, for appellants; Hadley & Leren, for appellees; Palmer Leren, of counsel. Opinion by Presiding Justice Dove. Not to be published in full. Opinion filed December 30, 1952; released for publication January 16, 1953.